IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

              Plaintiff,                       ORDER

    v.                                      14-cr-20-wmc-1

BUFFY MARIE DECORAH-GARVIN,

              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Pursuant to Fed. R. Crim. P. 36 and consistent with the ruling in open court on November 14, 2014, the court's subsequent November 14 order is amended to include the following, third special condition:

> 3. Spend 60 days in a residential reentry center, as approved by the supervising U.S. probation officer, with admission upon the first available vacancy. Defendant may be absent from the center for employment purposes, for mental health counseling and treatment and for passes consistent with program rules. Defendant is to pay her own medical expenses, if any, and is to pay 25% of her gross income toward the daily cost of residence. Defendant may be discharged early from the facility upon the approval of both the facility administrator and the supervising U.S. probation officer."

The court's November 14 order is otherwise unchanged.

Entered this 20th day of November 2014.

                            BY THE COURT:

                            WILLIAM M. CONLEY
                            District Judge